

# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
December 16, 2022 10:34 AM
       PAVAN PARIKH
      Clerk of Courts
   Hamilton County, Ohio
   CONFIRMATION 1264256
```

**STUART D FRANCIS**  **A 2204593**

**vs.**

**UNITED FIRE CASUALTY COMPANY**

## FILING TYPE: CLASSIFICATION
## PAGES FILED: 1

EFR200



| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>WWW.COURTCLERK.ORG | Pavan Parikh<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER: _____   PLAINTIFF: Stuart D. Francis

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER: _____   BY JUDGE _____

**PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS** (please only check one):

- Other Tort – C360
- Personal Injury – C310
- Wrongful Death – C320
- Vehicle Accident – C370

- Professional Tort – A300
- Personal Injury – A310
- Wrongful Death – A320
- Legal Malpractice – A330
- Medical Malpractice – A340

- Product Liability – B350
- Personal Injury – B310
- Wrongful Death – B320

- Worker's Compensation
- Non-Compliant Employer – D410
- Appeal – D420

- Administrative Appeals – F600
- Appeal Civil Service – F610
- Appeal Motor Vehicle – F620
- Appeal Unemployment – F630
- Appeal Liquor – F640
- Appeal Taxes – F650
- Appeal Zoning – F660

- Certificate of Qualification – H600

- [✓] **Other Civil – H700-34**
- Appropriation – H710
- Accounting – H720
- Beyond Jurisdiction –730
- Breach of Contract – 740
- Cancel Land Contract – 750
- Change of Venue – H760
- Class Action – H770
- Convey Declared Void – H780
- Declaratory Judgment – H790
- Discharge Mechanics Lien – H800
- Dissolve Partnership – H810
- CONSUMER SALES ACT (1345 ORC) – H820
- Check here if relief includes declaratory judgment, injunction or class action recovery – H825
- Habeas Corpus – H830
- Injunction – H840
- Mandamus – H850
- On Account – H860
- Partition – H870
- Quiet Title – H880
- Replevin – H890
- Sale of Real Estate – H900
- Specific Performance – 910
- Restraining Order – H920
- Testimony – H930-21
- Environmental – H940
- Cognovit – H950
- Menacing by Stalking – H960
- Repo Title – Transfer of Title Only –970
- Court Ordered Title – H980
- Injunction Sexual Predator – 990
- SB 10 – Termination – H690
- SB 10 – Reclassification – H697

DATE: 12/16/2022   ATTORNEY (PRINT): Kelly Mulloy Myers

OHIO SUPREME COURT NUMBER: 0065698

Revised 05/03/2021



# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

ELECTRONICALLY FILED
December 16, 2022 10:34 AM
PAVAN PARIKH
Clerk of Courts
Hamilton County, Ohio
CONFIRMATION 1264256

**STUART D FRANCIS**                                    A 2204593

vs.

**UNITED FIRE CASUALTY COMPANY**

**FILING TYPE: INITIAL FILING (OUT OF COUNTY) WITH JURY DEMAND**

**PAGES FILED: 6**

EFR200

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **STUART D. FRANCIS,**<br>7910 Blairhouse Dr.<br>Cincinnati, Ohio 45244<br><br>         Plaintiff,<br><br>     v.<br><br>**UNITED FIRE & CASUALTY COMPANY**<br>118 Second Avenue SE<br>Cedar Rapids, IA 52401<br><br>         Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. _____<br><br>Judge _____<br><br><br><br><u>**COMPLAINT WITH JURY DEMAND**</u> |

Plaintiff Stuart D. Francis states the following claims against Defendant:

**PARTIES**

1. Plaintiff Stuart D. Francis ("Francis" or "Plaintiff") is an Ohio resident.

2. Defendant United Fire & Casualty Company ("UFG" or "Defendant") is a foreign corporation incorporated in Iowa.

3. At all relevant times, UFG employed, trained, and paid Ohio residents.

**JURISDICTION AND VENUE**

4. This Court has personal jurisdiction over Defendant, which maintains business operations in Hamilton County, Ohio, and has caused tortious injury in Hamilton County, Ohio.

5. This Court has jurisdiction over the claims as the estimated damages exceed $15,000.

6. This court has jurisdiction because Plaintiff timely filed a complaint with the Ohio Civil Rights Commission and timely filed this Complaint upon receipt of his Notice of Right to Sue.

7. This Court is a proper venue as Defendant conducted activity in Hamilton County, Ohio that gave rise to the legal claims in this Complaint.

**FACTUAL ALLEGATIONS**

8. Plaintiff Francis was hired by Defendant UFG on August 15, 2015.

9. Plaintiff was employed as a Senior Surety Production Underwriter.

10. At all relevant times, Plaintiff was fully qualified for his role.

11. Prior to his termination, Plaintiff did not receive any formal discipline, nor did he receive negative performance reviews.

12. Plaintiff has been diagnosed with Generalized Anxiety Disorder, Attention Deficit Hyperactivity Disorder, Major Depression, Alcoholism, and Post-Traumatic Stress Disorder.

13. These conditions significantly limit Plaintiff's major life activities, including concentrating and communicating.

14. Specific symptoms include problems with focus, extreme anxiety, social isolation, obsessive ruminations, tremors, and difficulty sleeping.

15. These symptoms were exacerbated by Plaintiff's role with UFG.

16. Plaintiff's job required frequent travel between and within Ohio, Indiana, Pennsylvania, and New Jersey.

17. The job was competitive and highly stressful.

18. By mid- to late-2019, Plaintiff noticed his behavior was becoming erratic.

19. Plaintiff informed his direct supervisor's supervisor, Dennis Richmann, of his disabilities and proposed reasonable accommodations, such as a reduced role with a correspondingly reduced salary.

20. Mr. Richmann did not engage in a collaborative accommodations process, did not

2

propose alternatives to Plaintiff's accommodation proposal, and was in no way receptive to potential accommodations for Plaintiff's disabilities.

21. Plaintiff applied for a medical leave of absence.

22. Plaintiff's leave began on November 15, 2019.

23. Plaintiff's leave was scheduled to expire on February 2, 2020.

24. Prior to the expiration of his leave, Plaintiff once again attempted to engage Defendant in collaborative discussions regarding work accommodations as recommended by his therapist and doctor.

25. Plaintiff reached out to Sandra Monahan, a Benefits Manager in the HR department, to discuss an extension of leave or a plan to make an initial return to work on a modified basis.

26. Ms. Monahan recommended that Plaintiff reach out to Voya, the insurance company handling Plaintiff's short term disability leave.

27. Ms. Monahan did not propose any other alternatives, nor did she otherwise engage Plaintiff in a discussion regarding accommodations.

28. For three weeks, Plaintiff received no further communications from Defendant, Ms. Monahan, or any other agent authorized to collaborate on Plaintiff's accommodations.

29. Abruptly, on February 19, 2020, Ms. Monahan informed Plaintiff that he was to return to work and assume all prior responsibilities and duties by March 2, 2020, or he would be terminated.

30. Ms. Monahan presented Plaintiff with this ultimatum and did not provide alternatives, nor discuss accommodations.

31. On February 25, 2020, Defendant terminated Plaintiff's employment.

3

32. Defendant did not follow its own internal termination policies.

33. Defendant failed to engage in an interactive process with Plaintiff to discuss reasonable accommodations.

34. For the foregoing reasons, Plaintiff seeks a jury trial for the following claims.

## FIRST CLAIM

### (Disability Discrimination - O.R.C. § 4112.02, *et seq.*)

35. Plaintiff incorporates in this Claim all allegations listed above.

36. Plaintiff has disabilities that are recognized as such under O.R.C. § 4112.01(A)(13).

37. Plaintiff was at all relevant times fully qualified for his position.

38. Defendant had actual knowledge of Plaintiff's disabilities.

39. Defendant failed to accommodate Plaintiff's disabilities despite repeated attempts to negotiate by Plaintiff.

40. Plaintiff was summarily fired rather than being offered any form of accommodations.

41. Plaintiff was discriminated against on the basis of his disabilities by failing to accommodate his disabilities, treating him less favorably than non-disabled employees and terminating his employment on account of his disabilities.

42. As a result, Plaintiff has suffered damages, including, but not limited to, lost wages and emotional distress and is entitled to compensation.

43. Defendant's conduct was intentional, willful, wanton, malicious and in reckless disregard of Plaintiff's legal rights.

4

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff Stuart D. Francis demands the following relief:

a) That Defendant be enjoined from further unlawful conduct as described in the Complaint;

b) That Plaintiff be reinstated to his employment;

c) That Plaintiff be awarded all lost wages and benefits;

d) That Plaintiff be awarded compensatory damages;

e) That Plaintiff be awarded punitive damages;

f) That Plaintiff be awarded pre-judgment and post-judgment interest;

g) That Plaintiff be awarded reasonable attorneys' fees and costs;

h) That Plaintiff be compensated for the adverse tax consequences of receiving a lump sum award rather than his compensation over several separate tax years; and

i) That Plaintiff be awarded all other legal and equitable relief to which he may be entitled.

Respectfully submitted,

*/s/ Kelly Mulloy Myers*
Kelly Mulloy Myers (0065698)
Paige E. Richardson (0102380)
**FREKING MYERS & REUL LLC**
600 Vine Street 9th Floor
Cincinnati, OH 45202
P: (513) 721-1975 | Fax: (513) 651-2570
*kmyers@fmr.law*
*prichardson@fmr.law*

Trial Attorneys for Plaintiff

5

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all matters so triable.

*/s/ Kelly Mulloy Myers*

6



# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
December 16, 2022 10:34 AM
      PAVAN PARIKH
     Clerk of Courts
   Hamilton County, Ohio
   CONFIRMATION 1264256
```

**STUART D FRANCIS**          **A 2204593**

**vs.**

**UNITED FIRE CASUALTY COMPANY**

**FILING TYPE: WRITTEN REQUEST FOR SERVICE (CERTIFIED MAIL)**

**PAGES FILED: 1**

EFR200



# COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

**Stuart D. Francis**

**CASE NO.** _____

**VS**

**DOCUMENT TO BE SERVED & ITS FILED DATE**

United Fire & Casualty Company

12/16/2022 Initial filing documents

**PLAINTIFF/DEFENDANT REQUESTS:**

- ☑ CERTIFIED MAIL SERVICE
- ☐ EXPRESS MAIL SERVICE
- ☐ PERSONAL SERVICE
- ☐ REGULAR MAIL SERVICE
- ☐ PROCESS SERVICE
- ☐ RESIDENCE SERVICE
- ☐ REGISTERED INTERNATIONAL
- ☐ FOREIGN SHERIFF

**ON:**

1) United Fire & Casualty Company
118 Secibd Avenue SE
Cedar Rapids, IA 52401

2) United Fire & Casualty Company
C/O CT Corporation System
400 E Court Ave.
Des Moines, IA 50309

3) _____

4) _____

**Kelly Mulloy Myers**
ATTORNEY
600 Vine St., 9th Fl., Cinti, OH 45202
ADDRESS

**513-721-1975**
PHONE NUMBER
**0065698**
ATTORNEY NUMBER

Revised 9-18-18

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STUART D FRANCIS
    **PLAINTIFF**

        Use below number on
        all future pleadings

   -- vs --

    No. A 2204593
       SUMMONS

UNITED FIRE CASUALTY COMPANY
    **DEFENDANT**

    UNITED FIRE CASUALTY COMPANY
    % CT CORPORATION SYSTEM       D - 1
    400 E COURT AVE
    DES MOINES IA 50309

You are notified
that you have been named Defendant(s) in a complaint filed by

    STUART D FRANCIS
    7910 BLAIRHOUSE DR
    CINCINNATI OH 45244

    Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**PAVAN PARIKH, 1000 MAIN STREET ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney     PAVAN PARIKH
KELLY MULLOY MYERS     Clerk, Court of Common Pleas
600 VINE STREETT     Hamilton County, Ohio
9TH FLOOR
CINCINNATI     OH     45202
    By  RICK HOFMANN
        Deputy

    Date: December 20, 2022

D136940599

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STUART D FRANCIS
    **PLAINTIFF**

       Use below number on
       all future pleadings

   -- vs --

       No. A 2204593
       SUMMONS

UNITED FIRE  CASUALTY COMPANY
    **DEFENDANT**

   UNITED FIRE CASUALTY COMPANY
   118 SECOND AVENUE SE     D - 1
   CEDAR RAPIDS IA 52401

You are notified
that you have been named Defendant(s) in a complaint filed by

   STUART D FRANCIS
   7910 BLAIRHOUSE DR
   CINCINNATI OH 45244

       Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**PAVAN PARIKH, 1000 MAIN STREET   ROOM 315, CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he/she has no attorney of record, a copy of an answer to the complaint within twenty-eight (28) days after service of this summons on you, exclusive of the day of service. Your answer must be filed with the Court within three (3) days after the service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered against you for the relief demanded in the attached complaint.

Name and Address of attorney       PAVAN PARIKH
KELLY MULLOY MYERS       Clerk, Court of Common Pleas
600 VINE STREETT       Hamilton County, Ohio
9TH FLOOR
CINCINNATI       OH       45202
      By   RICK HOFMANN
                      Deputy

      Date:  December 20, 2022

D136940580

# UNITED STATES POSTAL SERVICE

ELECTRONIC CERTIFIED MAIL SERVICE RETURN
SUMMONS & COMPLAINT
A 2204593    D1
UNITED FIRE CASUALTY COMPANY
FILED: 12/26/2022  6:50:25

Date Produced: 12/26/2022

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0977 6716. Our records indicate that this item was delivered on 12/22/2022 at 11:05 a.m. in CEDAR RAPIDS, IA 52401. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     17561243SEQ1

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CIVIL DIVISION

ENTERED
DEC 27 2022

STUART D. FRANCIS,

    *Plaintiff,*

v.

UNITED FIRE CASUALTY COMPANY,

    *Defendant.*

Case No. A 2204593

JUDGE WENDE C. CROSS

<u>INITIAL CASE ORDER</u>

    This matter is set for a Case Management Conference ("CMC"). However, due to the Court's overcrowded docket, the exact date and time for your CMC may change. Any updates will be sent via the assignment commissioner and the Clerk of Court's automated notification system or can be found on the docket.

    Case management conferences for most civil cases will be set for telephone conferences but can be changed to an in-person conference upon agreement of the parties. Counsel appearing at a case management conference must be prepared to set discovery and trial dates. Pursuant to Civ.R. 26(F), attorneys are to meet 21 days prior to the CMC and develop a discovery plan for filing 7 days prior to the CMC. Adherence to Civ.R. 26(F) will be strictly enforced. The parties are instructed to use the 26(F) discovery plan template on Judge Cross' Courtroom Rules webpage https://hamiltoncountycourts.org/wp-content/uploads/2021/06/rule26-v3.pdf. **Please email a courtesy copy of the 26(F) Report to Judge Cross' Staff Attorney.** The parties should not wait for the case management conference before beginning to conduct discovery. Initial discovery including interrogatories and requests for production of documents should be served prior to the case management conference.

At least one Defendant must be served before the Case Management Conference. If no Defendant has been served 21 days before the Case Management Conference, Plaintiff shall file a motion to extend the Case Management Conference to a date after which service is expected to be accomplished and explain Plaintiff's plans to obtain service. The Court will reschedule the CMC to a new date. Since the Supreme Court of Ohio expects most civil cases to be completed within two years of filing, if no Defendant is served with in six months of filing the Complaint, the Court will issue an Order asking Plaintiff to show cause why the case should be dismissed.

If Plaintiff files a motion for default judgment prior to the Case Management Conference, the Case Management Conference date will be vacated once counsel schedules the motion for default hearing with the Assignment Commissioner. Please refer to Local Rule 13 for more details about this process.

Any party who is not represented by Counsel is required to file a Notification Form with the Clerk of Courts providing a mailing address, email address, and phone number. Each unrepresented party must keep their contact information updated until the case is closed. The Notification Form can be found here: https://www.courtclerk.org/forms/notificationform.pdf

Please become familiar with Judge Wende Cross' Rules of Court on the Court's website. The rules may change and court staff contact information may change over time: https://hamiltoncountycourts.org/index.php/common-pleas-court-judge-wende-c-cross/

**IT IS SO ORDERED.**

_Wende C. Cross_
Judge Wende C. Cross
Hamilton County Court of Common Pleas

Date: 12-27-22

-----Original Message-----
From: CPindex@cms.hamilton-co.org <CPindex@cms.hamilton-co.org>
Sent: Tuesday, December 27, 2022 8:14 AM
To: Kelly Mulloy Myers <KMyers@fmr.law>; docket <docket@fmr.law>; Samantha O. Carnevale <SCarnevale@fmr.law>
Subject: A/C COMMON PLEAS POSTCARDS FOR: A 2204593 - DECEMBER 27, 2022 08:14 AM

AC Common Pleas Electronic Postcard CH481
1000 Main Street Hamilton County Courthouse Cincinnati OH 45202

STUART D FRANCIS
    VS
UNITED FIRE CASUALTY COM


CASE: A 2204593
FOR:
 CMC INITIAL CASE MANAGEME


 ON 03/02/2023 AT 2:00 pm
 IN ROOM COURTHOUSE ROOM 380
 Judge WENDE C CROSS

 ************************************************
KELLY MULLOY MYERS


***ANYONE ENTERING COURT FACILITIES SHALL AT ALL TIMES WEAR A FACE COVERING OR MASK***

| | |
|---|---|
| ![USPS Logo] UNITED STATES POSTAL SERVICE | ELECTRONIC CERTIFIED MAIL SERVICE RETURN SUMMONS & COMPLAINT<br>A 2204593    D1<br>UNITED FIRE CASUALTY COMPANY<br>FILED: 01/02/2023  6:48:26 |

Date Produced: 01/02/2023

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0977 6723. Our records indicate that this item was delivered on 12/27/2022 at 10:46 a.m. in DES MOINES, IA 50309. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Lisa Darrell*

Address of Recipient :

400 E Court Ste 110

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        17561248SEQ1